## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NFUSION CAPITAL FINANCE, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>WALT USA, LLC, a Utah limited liability company,<br><br>    Defendant. | **DECISION AND ORDER ON THE PARTIES' MOTION TO APPROVE STIPULATION TO SET ASIDE DEFAULT AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Case No. 1:24-cv-00018-AMA-CMR<br><br>District Judge Ann Marie McIff Allen |

Plaintiff nFusion Capital Finance, LLC filed its Complaint in the U.S. District Court for the District of Utah on January 31, 2024.[1] A summons was then served on Defendant Walt USA, LLC on February 23, 2024.[2] After Defendant Walt USA, LLC failed to respond to the Complaint, and upon Plaintiff's motion, the clerk of court entered a certificate of default against Defendant Walt USA, LLC on July 5, 2024.[3] The parties have now stipulated to the setting aside of the default certificate against Defendant Walt USA, LLC.[4]

---

[1] ECF No. 1.

[2] ECF No. 7.

[3] ECF Nos. 8, 9.

[4] ECF No. 14.

1

Pursuant to Federal Rule of Civil Procedure 55(c), the Court hereby GRANTS the parties' Motion to Approve Stipulation to Set Aside Default[5] for good cause and orders that the default certificate[6] previously entered against Defendant Walt USA, LLC be set aside. The Court further DENIES Plaintiff nFusion Capital Finance, LLC's Motion for Default Judgment[7] because it is rendered moot. Finally, the Court orders that Defendant Walt USA, LLC may file an answer to Plaintiff nFusion Capital Finance, LLC's Complaint within 7 days of the entry of this Order.

IT IS SO ORDERED.

Signed this 15th day of October 2024.

BY THE COURT:

_____
Ann Marie McIff Allen
United States District Judge

---

[5] *Id.*

[6] ECF No. 9.

[7] ECF No. 10.